Petition12C – Rev. 11/14

FILED _____ LODGED
RECEIVED _____ COPY

JAN 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant

| | |
|---|---|
| Name of Offender: | **Fernando Aguirre-Medrano**       Case No.: **CR-04-00144-003-TUC-CKJ (BPV)** |
| Name of Judicial Officer: | **The Honorable Cindy K. Jorgenson** <br> **United States District Judge** |
| Date of Original Sentence: | **7/8/2004** |
| Original Offense: | **Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), a Class B Felony** |
| Original Sentence: | **87 months Bureau of Prisons, 60 months supervised release** |
| Type of Supervision: | **Supervised Release**       Date Supervision Commenced: **11/29/2013** <br>                                                   Date Supervision Expires: **11/28/2018** |
| Assistant U.S. Attorney: | **Reese Valiant Bostwick** <br> **520-620-7300**       Defense Attorney: **Saji Vettiyil** <br>                                     **520-281-1394** |

Petitioning the Court to issue a Warrant.

The probation officer alleges Fernando Aguirre-Medrano has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #1** which states, *""You shall not commit another federal, state, or local crime during the term of supervision."* <br><br> A felony indictment was filed on November 10, 2015, charging on or about June 1, 2015, and continuing until November 7, 2015, Fernando Aguirre-Medrano committed the crime of conspiracy to distribute a controlled substance (methamphetamine), in U.S. District Court, Eastern District of Washington, 1:15-CR-2071-SAB. Grade A violation. §7B1.1(a)(1)  Revocation is mandatory 18 U.S.C. 3583(g) |
| B | **Standard Condition #2** which states, *"You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer."* <br><br> On or about November 7, 2015, Fernando Aguirre-Medrano was present in Los Angeles County, California, without permission from the Court or his probation officer to travel outside the District of Arizona. Grade C violation. §7B1.1(a)(3) |

*Reese Bostwick*, PO, USPO

Copies Distributed

Page 2
RE: Fernando Aguirre-Medrano
Petition to Revoke
January 04, 2016

        C        **Standard Condition #9** which states, *You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.*

                On or about November 7, 2015, Fernando Aguirre-Medrano was in possession of methamphetamine as evidenced by the indictment filed on November 10, 2015, charging conspiracy to distribute a controlled substance (methamphetamine), in U.S. District Court, Eastern District of Washington, 1:15-CR-2071-SABGrade C violation. §7B1.1(a)(3) Revocation is mandatory 18 U.S.C. 3583(g)

**U.S. Probation Officer Recommendation and Justification**

Fernando Aguirre-Medrano has violated the trust of the Court. A warrant is recommended as Fernando Aguirre-Medrano is in the custody of another authority, awaiting disposition on separate charges.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

*Joshua M. Meller*                                     1/4/2016

Joshua M. Meller                                       Date
U.S. Probation Officer
Office: 602-682-4321
Cell: 520-237-8598

                                                            1/4/2016

Ariel Palafox                                                    Date
Supervisory U.S. Probation Officer
Office: 602-682-4342
Cell: 602-725-3573

**The Court Orders**

☐    No Action

Page 3
RE: Fernando Aguirre-Medrano
Petition to Revoke
January 04, 2016

☒  The Issuance of a Warrant

☐  The Issuance of a Summons

☐  Other

_____            1-5-16
The Honorable Cindy K. Jorgenson              Date
United States District Judge